```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION
```

IN RE: DUSTIN TYLER BABB,       { CHAPTER 13
                                {
                                {
       DEBTOR                   { CASE NO. R24-40714-BEM
                                {
                                { JUDGE ELLIS-MONRO


**SUPPLEMENTAL OBJECTION TO CONFIRMATION**


COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1.  The amended plan filed July 16, 2024 fails to attach a Certificate of Service and creditor matrix.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Sonya Buckley Gordon, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 140987
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R24-40714-BEM

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

DUSTIN TYLER BABB
4580 HIGHWAY 52A
CHATSWORTH, GA 30705-7718


This 18th day of July, 2024

Respectfully submitted,

/s/
Sonya Buckley Gordon, Attorney
For Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com