```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE: DUSTIN TYLER BABB,          {   CHAPTER 13
                                   {
                                   {
       DEBTOR                      {   CASE NO. R24-40714-BEM
                                   {
                                   {   JUDGE ELLIS-MONRO
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The plan payment change in Section 2.1 of the amended plan filed August 27, 2024 conflicts with the step change to occur in September 2024, when the lease for Rent-A-Center ends.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Sonya Buckley Gordon, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 140987
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R24-40714-BEM

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

DUSTIN TYLER BABB
4580 HIGHWAY 52A
CHATSWORTH, GA 30705-7718


This 24th day of September, 2024

Respectfully submitted,

        /s/
Sonya Buckley Gordon, Attorney
for Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com